Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| QUINN LUV MORGAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TEM EXPRESS LOGISTICS, INC.,<br><br>　　　　Defendant. | Case No. 2:21-cv-00108-RSL<br><br>**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

This matter came before this Court on the Stipulated Motion for Withdrawal and Substitution of Counsel. The Court is fully advised.

IT IS HEREBY ORDERED:

1. Teruyuki S. Olsen and Caleb Stewart of the law firm Oseran Hahn, P.S. withdraw as counsel of record for Defendant TEM Express Logistics, Inc.;

2. Teruyuki S. Olsen and Caleb Stewart of the law firm Oseran Hahn, P.S. are removed from the electronic service list in this case; and

3. Adam T. Pankratz and Kyle D. Nelson of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. are substituted as counsel for Defendant TEM Express Logistics, Inc.

//

ORDER GRANTING STIPULATED MOTION
FOR WITHDRAWAL AND SUBSTITUTION
OF COUNSEL - 1 Case No. 2:21-cv-00108-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Dated this  24th  day of  March , 2021.

*Signature: M S Lasnik*

JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Adam T. Pankratz*
By: */s/ Kyle D. Nelson*
    Adam T. Pankratz, WSBA #50951
    Kyle D. Nelson, WSBA #49981
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:   (206) 693-7058
    Email:    adam.pankratz@ogletree.com
              kyle.nelson@ogletree.com

*Substituting Attorneys for Defendant TEM Express Logistics, Inc.*


Approved as to Form; Presentation Waived:

LAW OFFICES OF ALEX J. HIGGINS

By: */s/ Alexander J. Higgins*
    Alexander J. Higgins, WSBA #20868
    2200 Sixth Avenue, Suite 500
    Seattle, WA  98121
    Telephone:  (206) 340-4856
    Facsimile:  (206) 260-8803
    Email:  alex@alexjhiggins.com

*Attorneys for Plaintiff Quinn Luv Morgan*

ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2 Case No. 2:21-cv-00108-RSL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

| | |
|---|---|
| 1 | BEAN LAW GROUP |
| 2 | By: */s/ Matthew J. Bean* |
| 3 | By: */s/ Cody C. Fenton-Robertson* |
| | Matthew J. Bean, WSBA #25221 |
| 4 | Cody C. Fenton-Robertson, WSBA #47879 |
| | 2200 Sixth Avenue, Suite 500 |
| 5 | Seattle, WA 98121-1843 |
| | Telephone: (206) 522-0618 |
| 6 | Facsimile: (206) 524-3751 |
| 7 | Email: matt@beanlawgroup.com |
| | cody@beanlawgroup.com |
| 8 | *Attorneys for Plaintiff Quinn Luv Morgan* |
| 9 | |
| | OSERAN HAHN, P.S. |
| 10 | |
| 11 | By: */s/ Teruyuki S. Olsen* |
| | By: */s/ Caleb Stewart* |
| 12 | Teruyuki S. Olsen, WSBA #40855 |
| | Caleb Stewart, WSBA #51522 |
| 13 | 929 108th Avenue NE, Suite 1200 |
| | Belleville, WA 98004 |
| 14 | Telephone: (425) 455-3900 |
| 15 | Facsimile: (425) 455-9201 |
| | Email: tolsen@ohswlaw.com |
| 16 | cstewart@ohswlaw.com |
| 17 | *Withdrawing Attorneys for Defendant TEM Express Logistics, Inc.* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |